# Exhibit 1

Int. Cl.: 25

Prior U.S. Cls.: 22 and 39

**United States Patent and Trademark Office**

Reg. No. 3,254,771
Registered June 26, 2007

## TRADEMARK
### PRINCIPAL REGISTER



METRO SPORTSWEAR LIMITED (CANADA CORPORATION)
1381 CASTLEFIELD AVENUE
TORONTO, ONTARIO, CANADA M6B 1G7

FOR: CLOTHING, NAMELY PARKAS, COATS, JACKETS, PULLOVERS, VESTS, SWEATERS, SHIRTS, ANORAKS, AND HEADWEAR, SUBSTANTIALLY MADE OF GOOSE DOWN, WHERE APPLICABLE, IN CLASS 25 (U.S. CLS. 22 AND 39).

FIRST USE 0-0-1994; IN COMMERCE 0-0-1994.

OWNER OF U.S. REG. NO. 2,502,352.

SEC. 2(F).

SER. NO. 78-584,861, FILED 3-10-2005.

SUZANNE BLANE, EXAMINING ATTORNEY



# United States of America
## United States Patent and Trademark Office

# CANADA GOOSE

**Reg. No. 4,455,111**  
**Registered Dec. 24, 2013**  
**Int. Cl.: 25**  

**TRADEMARK**  
**PRINCIPAL REGISTER**

CANADA GOOSE INC. (CANADA CORPORATION)  
250 BOWIE AVENUE  
TORONTO, ONTARIO, CANADA M6E4Y2

FOR: OUTERWEAR, NAMELY, COATS, PARKAS, JACKETS, VESTS, PULLOVERS, SHIRTS, HEADWEAR, SCARVES, GLOVES AND MITTENS, SUBSTANTIALLY MADE OF GOOSE DOWN, WHERE APPLICABLE, IN CLASS 25 (U.S. CLS. 22 AND 39).

FIRST USE 0-0-1998; IN COMMERCE 0-0-1998.

THE MARK CONSISTS OF STANDARD CHARACTERS WITHOUT CLAIM TO ANY PARTICULAR FONT, STYLE, SIZE, OR COLOR.

OWNER OF U.S. REG. NOS. 3,254,771, 3,979,986, AND 3,983,188.

SEC. 2(F).

SER. NO. 85-970,992, FILED 6-26-2013.

KELLY TRUSILO, EXAMINING ATTORNEY



Commissioner for Trademarks of the  
United States Patent and Trademark Office

# United States of America

#### United States Patent and Trademark Office



| | |
|---|---|
| **Reg. No. 5,102,866** | Canada Goose Inc. (CANADA CORPORATION)<br>250 Bowie Avenue |
| **Registered Dec. 20, 2016** | Toronto, Ontario CANADA M6E4Y2 |
| **Int. Cl.: 25** | CLASS 25: Clothing and outerwear, namely, coats and jackets |
| **Trademark** | OWNER OF CANADA REG. NO. TMA837332, DATED 11-29-2012, RENEWED AS REG. NO. TMA837332 , EXPIRES 11-29-2027 |
| **Principal Register** | The mark consists of a three-dimensional configuration of an outerwear design featuring a combination of the following elements: a) five (5) pockets placed as follows: one on each of the upper breast of the front of the parka; one on each of the upper thigh of the front of the parka, and one on the upper sleeve of the outside of the left arm; b) cuffs at the base of each sleeve; c) a waist-line; d) shoulders that are square-shaped with straps; e) an oval-shaped patch over the elbow of each arm; f) zipper-pulls on the left and right seam zippers, in a rectangular shape; g) a fur trim around the hood; h) a disc-shaped embroidered piece of fabric on one sleeve; i) a rectangular piece of fabric on the upper flap of the bottom left pocket; and j) a skirt around the base of the jacket. The elements shown in broken lines are intended solely to indicate the positioning of the mark and are not part of the mark. |

SEC.2(F)

SER. NO. 86-636,649, FILED 05-20-2015
MICHELE LYNN SWAIN, EXAMINING ATTORNEY



*Director of the United States Patent and Trademark Office*